UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LORY JEAN PYLE,

    Plaintiff,

v.                                                CASE NO: 8:12-cv-2715-T-26-TBM

ERIK DEL 'ETOILE and
PHELAN HALLINAN, PLC,

    Defendants.
_____/

## O R D E R

Upon due consideration of the parties' submissions, together with the well-pleaded allegations of Plaintiff's complaint which this Court must accept as true at this juncture of the proceedings, Defendant Erik Del'Etoile's Motion to Dismiss Complaint (Dkt. 5) is denied. In the Court's view, Plaintiff's complaint contains sufficient factual allegations to raise a right to relief above the speculative level against Defendant as a "debt collector" under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 (the FDCPA). See Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007). As in Brussels v. Newman, 2007 WL 676189, at *1 (S.D. Fla. 2007), "[i]n determining whether an individual can be sued for violation of the FDCPA, it is irrelevant whether the person attempts to collect the debt under the auspices of a law firm or other corporation. Rather, the issue is whether the individual defendant acted as a 'debt collector' such that he or she can be found liable under the FDCPA." (Citations omitted.)

Defendant Erik Del'Etoile may raise the issue of whether he qualifies as a "debt collector" under the FDCPA within the context of a motion for summary judgment filed after the

close of discovery. For now, he shall file his answer and defenses to Plaintiff's complaint within ten (10) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on January 17, 2013.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record